AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

WILLIE QUARTERMAN,

    Plaintiff,

    v.

ROBERT DANFORTH, ROBERT TOOL, and TYRONE OLIVER,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-102

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated September 4, 2024, the Court dismisses Plaintiff's Complaint and denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: *[signature]*
HONORABLE BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

September 5, 2024
Date

John E. Triplett, Clerk of Court
Clerk

*[signature]*
(By) Deputy Clerk

GAS Rev 10/2020